**E-FILE**

June 12, 2006

Honorable Phyllis J. Hamilton
Attn: Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3, 17th Floor
San Francisco, CA  94102

Re: <u>Thomsen v. Shew</u>, Case No. C 04 – 5410 (PJH)

To The Clerk of the Court:

We request that the Court vacate the upcoming case management conference date of June 15, 2006 at 2:30 p.m. as per the most recent e-filing activity. We filed the plaintiff's Motion For Minor's Compromise that will be heard on July 26, 2006 at 9:00 a.m. If you have any questions, please contact me at the office.

Thank you for your attention to this letter.

Very truly yours,

Joseph K. Bravo                                     6/13/06



IT IS SO ORDERED
Judge Phyllis J. Hamilton